```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MICHAEL M. BECKWITH
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2797
```

**FILED**

AUG 2 4 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SEALED, ) <br> ) <br> Defendants. ) | SEALING ORDER <br><br> 2:06-CR-0350 MCE |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that documents and the minutes of any proceedings filed in the above referenced case shall be sealed until further order of this Court.

DATED: August 24, 2006

/s/ Gregory G. Hollows
GREGORY G. HOLLOWS
United States Magistrate Judge