McGREGOR W. SCOTT
United States Attorney
MICHAEL BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2797

**FILED**

OCT 1 0 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR S 06-350 MCE |
| Plaintiff, ) | |
| ) | ORDER TO UNSEAL |
| v. ) | |
| EFREN MEDINA-GARCIA, ) aka Efren Medina, ) | |
| Defendants. ) | |

   Petition having been made to the Court to unseal the above-referenced Indictment and the Court having considered the petition and finding good cause therefore;

   IT IS HEREBY ORDERED that the Indictment referenced above, the Petition to Seal, and the Court's Order sealing the Indictment be unsealed.

DATED: October 10, 2006

_____
KIMBERLY J. MUELLER
UNITED STATES MAGISTRATE JUDGE