1  DINA L. SANTOS, Bar #204200
   Attorney at Law
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   EFREN MEDINA-GARCIA

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     )  2:06-cr-0350 MCE
                                 )
12              Plaintiff,       )
                                 )  STIPULATION AND ORDER VACATING
13      v.                       )  DATE, CONTINUING CASE, AND
                                 )  EXCLUDING TIME
14 EFREN MEDINA-GARCIA           )
                Defendant.       )
15 _____)  Date:  JANUARY 16, 2006
                                 )  Time:  8:30 a.m.
16                               )  Judge: Hon. ENGLAND

17

18     **IT IS HEREBY STIPULATED** by and between Assistant United States

19 Attorney MICHAEL BECKWITH, Counsel for Plaintiff, and Attorney Dina L.

20 Santos, Counsel for Defendant EFREN MEDINA-GARCIA, that the status

21 conference scheduled for December 19, 2006, be vacated and the matter

22 be continued to this Court's criminal calendar on January 16, 2007, at

23 8:30 a.m, for status and possible change of plea.

24     This continuance is requested by the defense in order to permit

25 further client consultation, consultation with the government

26 concerning the possibility of reaching a negotiated settlement. The

27 government has advised counsel that he will provide a written plea

28 ///

1  agreement before the next court date.  All counsel therefore seek

2  additional necessary preparation time.

3      **IT IS FURTHER STIPULATED** that time for trial under the Speedy

4  Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §

5  3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the

6  ends of justice served in granting the continuance and allowing the

7  defendant further time to prepare outweigh the best interests of the

8  public and the defendant in a speedy trial.

9      The Court is advised that all counsel have conferred about this

10  request, that they have agreed to the January 16, 2007 date, and that

11  Mr. Beckwith has authorized Ms. Santos to sign this stipulation on his

12  behalf.

13      **IT IS SO STIPULATED.**

14

15  Dated: December 15, 2006          /S/ Dina L. Santos
16                                    DINA L. SANTOS
                                      Attorney for Defendant
17                                    EFREN MEDINA-GARCIA

18

19  Dated: December 15, 2006          /S/ Michael Beckwith
20                                    Michael Beckwith
                                      Assistant United States Attorney
21                                    Attorney for Plaintiff

22                    **O R D E R**

23      **IT IS SO ORDERED.**

24  Dated: December 19, 2006

25

26

27  _____
28  MORRISON C. ENGLAND, JR
    UNITED STATES DISTRICT JUDGE